UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Antonio Carstaphen, | ) | CASE NO.: 1:25CV422 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| | ) | |
| | ) | |
| Warden Doug Luneke, | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has examined the Report and Recommended Decision of the Magistrate Judge submitted in this matter on December 9, 2025. Doc 13. Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and recommended findings and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that the petition is hereby DISMISSED AS MOOT.

For the reasons set forth above, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Petition for a Writ of Habeas Corpus is hereby DISMISSED AS MOOT. Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  .

IT IS SO ORDERED.

Date: 1/28/2026                                   */s/ John R. Adams*
                                                  JUDGE JOHN R. ADAMS
                                                  UNITED STATES DISTRICT JUDGE